No. 880. SWEM *v.* MICHIGAN.

March 31, 1947. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the cause is remanded to the Supreme Court of Michigan in order to enable it to reexamine its decision in the light of *De Meerleer* v. *Michigan,* 329 U. S. 663. *William G. Comb* for petitioner. *Eugene F. Black,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.